

# NUMBER 13-15-00219-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

IN RE NATIONAL LLOYDS INSURANCE COMPANY, WARDLAW
CLAIMS SERVICE, INC., AND IDEAL ADJUSTING, INC.

On Petition for Writ of Mandamus.

# ORDER

### Before Justices Garza, Benavides, and Longoria
### Per Curiam Order

Relators, National Lloyds Insurance Company, Wardlaw Claims Service Inc., and Ideal Adjusting, Inc., filed a petition for writ of mandamus in the above cause on May 12, 2015. Through this original proceeding, relators seek to compel the trial court to vacate its April 29, 2015 order compelling relators to respond to discovery requests pertaining to their attorney's fees.

The Court requests that the real parties in interest, Martin Almaguer, Maricela A. Almaguer, Kelly Dizdar, Mark Dizdar, Dizdar Development, Danny Garcia, Yvonne S.

Garcia, Alfredo Ortiz Rodriguez, Alicia M. Rodriguez, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

     IT IS SO ORDERED.

                                        PER CURIAM

Delivered and filed the
19th day of May, 2015.